UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.**                                              **CRIMINAL ACTION NO. 2:04-00069**

**WAYNE BARNETT**

O R D E R

On April 28, 2006, defendant's counsel, Megan J. Schueler, Assistant Federal Public Defender, and the United States of America, by Joshua C. Hanks, Assistant United States Attorney, appeared for hearing and resentencing pursuant to the government's Motion to Reduce Sentence Pursuant to Rule 35, filed on October 20, 2005, which motion the United States filed in accordance with Rule 35(b) of the Federal Rules of Criminal Procedure.

After hearing the parties and counsel, it is ORDERED that the sentence of imprisonment of fifty-one (51) months imposed by the Judgment Order entered in this action on August 18, 2005, be, and it hereby is, reduced to THIRTY-FOUR (34) MONTHS; and it is further ORDERED that the defendant receive credit for the time heretofore served on the fifty-one month sentence.

It is further ORDERED that in all other respects the Judgment Order entered in this action on August 18, 2005, shall remain in full force and effect.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: May 18, 2006

John T. Copenhaver, Jr.
United States District Judge